UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Trinidad CHAVEZ–VALENZUE-
LA, Defendant–Appellant.

No. 00–50075.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 15, 2001.

Filed Oct. 15, 2001.

Amended Feb. 8, 2002.

Michael Ian Garey, Santa Ana, Califor-
nia, for the defendant-appellant.

Jason A. Forge, Assistant United States Attorney, Organized Crime Strike Force Section, Los Angeles, California, for the plaintiff-appellee.

Before TASHIMA and FISHER, Circuit Judges, and ZILLY, District Judge.*

## ORDER

The opinion filed October 15, 2001, is amended as follows:

At slip op. 14532, lines 31–32, replace "more than seven minutes and" with "some time, including the seven minute period when he was."

At slip op. 14539, line 5, insert footnote 7 after "... search."

7   Had the detention and questioning of Chavez–Valenzuela not exceeded the proper scope of the initial stop, the voluntariness of his consent to search his car would be properly addressed according to the factors set forth in *United States v. Castillo*, 866 F.2d 1071, 1082 (9th Cir.1989). *See also Murillo*, 255 F.3d at 1175; *Perez*, 37 F.3d at 515.